# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RBC BANK (USA), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 09-0218-CG-C |
| | ) |
| LYNN E. FOWLER, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the court's order on motion for partial summary judgment entered on January 19, 2010, (Doc. 18), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff, RBC Bank (USA), and against defendant, Lynn E. Fowler, as to the breach of contract claim.

**DONE and ORDERED** this the 26th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE