**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RBC BANK (USA),** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 09-0218-CG-C |
| ) | |
| **LYNN E. FOWLER,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the court's order on motion for partial summary judgment entered on January 19, 2010, (Doc. 18), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff, RBC Bank (USA), and against defendant, Lynn E. Fowler, as to the breach of contract claim.

**DONE and ORDERED** this the 26th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE