# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RBC BANK (USA), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 09-0218-CG-C |
| | ) |
| LYNN E. FOWLER, | ) |
| | ) |
| Defendant. | ) |

## AMENDED JUDGEMENT

In accordance with the court's order on motion for partial summary judgment entered on January 19, 2010, (Doc. 18), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff, RBC Bank (USA), and against defendant Lynn E. Fowler, as to the breach of contract claim, in the total amount of $198,038.38, which amount consists of principal and interest through February 5, 2010 in the amount of $186,416.96, and attorneys' fees and expenses in the amount of $11,621.42. Interest on the judgment accrues at the statutory rate. Costs are taxed to the Defendant.

**DONE** and **ORDERED** this 24th day of February, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE